# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | |
|---|---|
| **Case Title :** Marlyn L. Delapena | **Case No :** 10-90479 - D - 13G <br> **Date :** 6/22/10 <br> **Time :** 10:00 |

**Matter :** [19] - Motion/Application for Relief from Stay [PPR-1] Filed by Creditor U.S. Bank, N.A. (Fee Paid $150) (mpem)
[19] - Motion/Application for Adequate Protection [PPR-1] Filed by Creditor U.S. Bank, N.A. (mpem)

**Judge :** Robert S. Bardwil
**Courtroom Deputy :** Carlene Walker
**Reporter :** NOT RECORDED
**Department :** D

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are stated in the civil minutes for the hearing.

IT IS ORDERED that the motion is
granted as provided in this order; automatic stay vacated; Fed. R. Bank. P. 4001(a)(3) is waived; no further relief afforded.

Dated: June 24, 2010

_____
Robert S. Bardwil, Judge
United States Bankruptcy Court